(*Supreme Court of Illinois.*)

# Howell, Millspaugh & Co.

## vs.

# Jonah Morlan.

### (1874.)

DISMISSAL OF APPEAL FOR LACK OF JUDGMENT. An appeal will be dismissed where the record proper does not show a judgment even though the bill of exceptions show a judgment was rendered.

Motion to dismiss appeal from White county. No. 165.

SHELDON, J.:—

In this case there was a motion to dismiss the appeal because there was no finding of judgment. The record proper merely shows a verdict, a motion for a new trial, and then

a prayer for an appeal. It does not show that any judgment was rendered upon the verdict. It is true the bill of exceptions sets forth that a judgment was entered, but the statements of a bill of exceptions cannot supply the want of a judgment entered on the record proper. The motion will be allowed, and the appeal dismissed.